UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA A. ARDINO, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>LYONS, DOUGHTY & VELDHUIS, P.C.,<br><br>        Defendant. | Civil No. 11-848 (NLH/KMW)<br><br>**ORDER** |

**HILLMAN, District Judge**

    For the reasons expressed in the Court's Opinion entered on this date,

    **IT IS HEREBY ORDERED** this  14th  day of   December  , 2011, that Defendant Lyons, Doughty and Veldhuis, P.C.'s motion [Doc. No. 5] to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6)complaint shall be, and hereby is, **GRANTED IN PART** and **DENIED IN PART**; and it is further

    **ORDERED** that Defendant's motion is **GRANTED** with respect to the claims alleged in Count I of Plaintiff's complaint regarding an alleged violation of 15 U.S.C. § 1692g(a)(5); and it is further

    **ORDERED** that Count I of Plaintiff's complaint shall be, and hereby is, **DISMISSED WITH PREJUDICE**; and it is further

    **ORDERED** that Defendant's motion is **GRANTED** with respect to that portion of Count II of Plaintiff's complaint that alleges a

violation of 15 U.S.C. § 1692e(10) based on Defendant's December 16, 2010 collection letter; and it is further

**ORDERED** that the portion of Count II which is based on the December 16, 2010 collection letter shall be, and hereby is, **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that Defendant's motion is **GRANTED** with respect to Plaintiff's requests for declaratory and injunctive relief; and it is further

**ORDERED** that Plaintiff's requests for declaratory and injunctive relief under the Fair Debt Collection Practices Act shall be, and hereby are, **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that Defendant's motion is **DENIED WITHOUT PREJUDICE** with respect to that portion of Count II of Plaintiff's complaint that alleges a violation of 15 U.S.C. § 1692e(10) based on Defendant's January 28, 2011 letter and its enclosures; and it is further

**ORDERED** that Defendant's motion is **GRANTED** with respect to Plaintiff's class action allegations as they relate to the surviving portion of Count II; and it is further

**ORDERED** that Plaintiff's class action claims relating to the surviving portion of Count II shall be, and hereby are, **DISMISSED WITHOUT PREJUDICE**.

At Camden, New Jersey

/s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.